UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRINCE C. HALL II,<br><br>             Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>             Defendant. | CASE NO. EDCV 07-523 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered affirming in part, reversing in part, and remanding for proceedings consistent with this Opinion.

DATED: April 24, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE